IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PETITIONER |
| vs. | CRIMINAL ACTION NO. 3:03-CR-30 HTW-LRA<br>CIVIL ACTION NO. 3:12-CV-368 HTW-LRA |
| LEVON EDMOND | RESPONDENT |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court and the court hereby dismisses plaintiff's claims against the defendant without prejudice for failure to state a claim.

**SO ORDERED AND ADJUDGED, this the 31st day of December, 2013.**

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE