**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                              Criminal Action No. 3:03-cr-30 HTW-LRA-1
                                                 Civil Action No. 3:12-cv-368 HTW

LEVON EDMOND                                                                         DEFENDANT

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted said Report and Recommendation as the order of the court, hereby orders that the above-styled and numbered cause be dismissed without prejudice.

**SO ORDERED, THIS THE 31st DAY OF December, 2013.**

                                                 **s/ HENRY T. WINGATE
                                                 UNITED STATES DISTRICT JUDGE**